1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,

10                          Plaintiff,
                    v.

11

12   FELIPE MACIAS,

13                          Defendant.

) CASE NO. 1:24-MJ-00116-EPG
)
)
) **UNSEALING ORDER**
)
)
)
)
)
)

14

15      Good cause due to the defendant's pending Arraignment on the Complaint in the Eastern District

16   of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the

17   above matter, be UNSEALED.

18

19   DATED: December 2, 2024

20                                      _Sheila K. Oberto_
                                        HON. SHEILA K. OBERTO
21                                      UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28