MICHELE BECKWITH
Acting United States Attorney
PEDRO S. NAVEIRAS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00299-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENSE MOTION FOR DISCOVERY; FINDINGS AND ORDER |
| v. | |
| FELIPE MACIAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for discovery on February 19, 2025.

2. By previous order, this matter was set for Status Conference on March 12, 2025.

3. Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate the motion briefing schedule be set as follows:

|   |   |
|---|---|
| Government's opposition due: | **March 3, 2025** |
| Defense replies due: | **March 7, 2025** |
| Hearing on motions | **March 12, 2025** |

4. The parties intend to meet and confer to regarding the outstanding discovery requested by

STIPULATION REGARDING BRIEFING
SCHEDULE FOR DISCOVERY MOTION

1

the Defendant's motion.

5. Insofar as the requested discovery exists, the government anticipates that all available evidence responsive to the request will be provided to the Defendant prior to the currently scheduled motion hearing date of March 12, 2025.

IT IS SO STIPULATED.

Dated: February 25, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ PEDRO S. NAVEIRAS
PEDRO S. NAVEIRAS
Assistant United States Attorney

Dated: February 25, 2025

/s/ GRIFFIN ESTES
GRIFFIN ESTES
Counsel for Defendant
FELIPE MACIAS

### ORDER

IT IS SO ORDERED that the motion briefing schedule be set as follows: government's opposition due March 3, 2025; defense replies due March 7, 2025, and the hearing on motions is set for **March 12, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time was previously excluded through March 12, 2025. Not later than March 10, 2025, the parties shall file a joint report identifying the remaining issues to be resolved by the Court.

IT IS SO ORDERED.

Dated: **February 25, 2025**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING BRIEFING
SCHEDULE FOR DISCOVERY MOTION

2