MICHELE BECKWITH
Acting United States Attorney
PEDRO S. NAVEIRAS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00299-KES-BAM |
|---|---|
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| FELIPE MACIAS, | Date: March 12, 2025<br>Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. This matter was set for a status conference on March 12, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference to May 14, 2025, and to exclude the time period between March 12, 2025 and May 14, 2025 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2. This matter was previously set for a status conference on March 12, 2025. By this stipulation, defendant now moves to continue the status conference until May 14, 2025, and to exclude time between March 12, 2025, and May 14, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

a. Defendant previously requested and then filed a discovery motion seeking additional items from the government. The government provided additional responsive discovery on February 27, 2025.

b. The government has communicated a plea offer to defendant.

c. Counsel for defendant desires additional time to consult with his/her client, review the charge(s), conduct investigation and research, review discovery, and discuss potential resolution of the case.

d. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 12, 2025 to May 14, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 4, 2025

By: */s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Counsel for Defendant

By: */s/ Pedro S. Naveiras*
PEDRO S. NAVEIRAS
Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the status conference is continued from March 12, 2025, to **May 14, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **March 5, 2025**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

3