MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00299-KES-BAM |
|---|---|
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| FELIPE MACIAS, | Date: May 14, 2025<br>Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. This matter was set for a status conference on May 14, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference to August 27, 2025, and to exclude the time period between those dates under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2. This matter was previously set for a status conference on May 14, 2025. By this stipulation, the parties move to continue the status conference until August 27, 2025, and to exclude time between those dates.

3. The government previously communicated a plea agreement, and the defendant his counsel

1

require additional time to review discovery, investigate the matter and confer regarding the pending plea offer.

4. The parties anticipate resolving all of the above issues before the next status conference. Should they reach a plea agreement, they will move to vacate and reset accordingly.

5. The parties agree and stipulate, and request that the Court find the following:

    a. The government has provided discovery.

    b. The government has communicated a plea offer to defendant.

    c. Counsel for defendant desires additional time to consult with his/her client, review the charge(s), conduct investigation and research, review discovery, and discuss potential resolution of the case.

    d. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e. The government does not object to the continuance.

    f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 14, 2025 to August 27, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 6, 2025

By: */s/ Griffin Estes*
Griffin Estes
Assistant Federal Defender
Counsel for Defendant

By: */s/ Robert L. Veneman-Hughes*
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

### **ORDER**

IT IS SO ORDERED that the status conference is continued from May 14, 2025, to **August 27, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **May 7, 2025**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

3