ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00299-KES-BAM |
| Plaintiff, | STIPULATION AND ORDER TO SET FOR CHANGE OF PLEA |
| v. | |
| FELIPE MACIAS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant has executed a plea agreement.

2. Based on the schedule of the parties and the court, the parties are requesting that change of plea be set before the Hon. Kirk E. Sheriff on September 29, 2025, at 9:30 AM.

3. The case is presently set for status conference on August 27, 2025, with time excluded until that date. The parties seek to vacate this status conference in light of the change of plea.

4. The parties agree and stipulate, and request that the Court find the following:

    a. The attorneys and court are available for change of plea on September 29, 2025. The defendant has signed a plea agreement, and desires his counsel to be present at his change of

1

plea hearing.

b. The government does not object to the continuance.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2025 to September 29, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 14, 2025

By: */s/ Griffin Estes*
Griffin Estes
Assistant Federal Defender
Counsel for Defendant

By: */s/ Robert L. Veneman-Hughes*
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED that the status conference set for August 27, 2025, is vacated. A change of plea hearing is set for **September 29, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: __August 15, 2025__         /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE